JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| L. M. SCOFIELD COMPANY, INCORPORATED,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; THE TRAVELERS COMPANY, INCORPORATED; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. CV 11-06190 R (MANx)<br><br>**JUDGMENT** |

    The motion of Defendants TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and THE TRAVELERS COMPANY, INCORPORATED (collectively "Defendants") for summary judgment and the motion of Plaintiff L. M. SCOFIELD COMPANY, INCORPORATED ("Plaintiff") for partial summary judgment came on regularly for hearing before this Court on March 5, 2012. David T. DiBiase and Mark J. Krone appeared as attorneys for Defendants and Peter J. Godfrey appeared as attorney for Plaintiff.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1 After considering the moving and opposition papers, arguments of counsel,
2 and all other matters presented to the Court,
3 IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiff take nothing
4 by its complaint, and that Defendants recover their costs.
5 DATED: March 16, 2012

7 HON. MANUEL L. REAL
8 United States District Judge

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

937784.1 2985.621