# UNITED STATES DISTRICT COURT
for the
## CENTRAL DISTRICT OF CALIFORNIA

L. M. SCOFIELD COMPANY, INCORPORATED, )
)
v. )    Case No.: CV 11-06190 R (MANx)
TRAVELERS CASUALTY AND SURETY COMPANY )
OF AMERICA, et al. )

## BILL OF COSTS

Judgment having been entered in the above entitled action on  March 16, 2012  against  Plaintiff L. M. SCOFIELD COMPANY, INCORPORATED
                                                             *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk ......................................................................................... | $ | 1,140.00 |
| Fees for service of summons and subpoena ........................................................ | | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ............ | | 0.00 |
| Fees and disbursements for printing.................................................................. | | 0.00 |
| Fees for witnesses *(itemize on page two)* ......................................................... | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case................................................................ | | 0.00 |
| Docket fees under 28 U.S.C. 1923 .................................................................... | | 0.00 |
| Costs as shown on Mandate of Court of Appeals.................................................... | | 0.00 |
| Compensation of court-appointed experts............................................................ | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828............ | | 0.00 |
| Other costs *(please itemize)*.......................................................................... | | 0.00 |
| TOTAL | $ | 1,140.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒  Electronic service          ☐  First class mail, postage prepaid

☐  Other: _____

s/ Attorney: _____Mark J. Krone_____

   Name of Attorney:  MARK J. KRONE (Bar No. 219806)

For: Defendants _____     Date: _____
              *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

                          By: _____     _____
*Clerk of Court*              *Deputy Clerk*                    *Date*


American LegalNet, Inc.
www.FormsWorkFlow.com

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | TOTAL | 0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

### RULE 6

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

### RULE 58(e)

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.


American LegalNet, Inc.
www.FormsWorkFlow.com

EXHIBIT  A

# ITEMIZATION OF COSTS
## EXHIBIT "A" TO BILL OF COSTS FILED BY DEFENDANTS

### Fees of the Clerk

| | |
|---|---|
| Notice of Removal | $350.00 |
| Answer to Complaint filed on behalf of Defendants in Los Angeles Superior Court | $790.00 |
| | **$1,140.00** |

**First Legal**

# U.S. Legal Management Services Inc.
File 749286 Los Angeles, CA 90074-9286

TAX ID#34-2003879

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 1143175 | 11853 |
| Invoice Date | Total Due |
| 7/31/11 | 11,333.13 |

ANDERSON McPHARLIN & CONNERS LLP
444 SOUTH FLOWER STREET
31ST FLOOR
LOS ANGELES, CA 90071

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11853 | 1143175 | 7/31/11 | 11,333.13 | 19 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/27/11 FILING-RUSH | 4990738 | RSF ASF BICYCLE | ANDERSON McPHARLIN & CONNERS LLP<br>444 SOUTH FLOWER STREET<br>LOS ANGELES CA 90071<br>Caller: Colette Shepard Wait: 23 Min<br>Case No.: bc462136<br>Signed: DIANA G. | LASC-LOS ANGELES<br>111 NORTH HILL STREET<br>LOS ANGELES CA 90012<br>Case Title: scofield v travelers<br>Ref: 2985-621 | Base Chg : 17.75<br>Return : 11.00<br>Adv/Wit Ck: 790.00 | 728.75<br>818.75 |
| 7/27/11 PROCESS-NEXT DAY | 4991133 | RPS | ANDERSON McPHARLIN & CONNERS LLP<br>444 SOUTH FLOWER STREET<br>LOS ANGELES CA 90071<br>Caller: Angela Hutchens<br>Case No.: LC087957<br>Signed: Mariam Oganyan, ATA | JENNIFER BENDAWISH<br>320 W. TEMPLE ST<br>LOS ANGELES CA 90012<br>Case Title: APPEL v HELLER<br>Ref: 5839-005 | Base Chg : 66.00<br>Fuel Chge : 5.94<br>Adv/Wit Ck: 150.00 | 71.94<br>221.94 |
| 7/28/11 COURT SERVICE | 2166661 | CSV RET | ANDERSON McPHARLIN & CONNERS LLP<br>444 SOUTH FLOWER STREET<br>LOS ANGELES CA 90071<br>Caller: Jennifer Higa<br>Case No.: bc422361<br>Signed: filed/ror | LASC-LOS ANGELES<br>111 NORTH HILL STREET<br>LOS ANGELES CA 90012<br>Comment: * NO BASE CHARGE *<br>Case Title: estate of hwangbo v lee hee<br>Ref: 5540-046 | | |
| 7/28/11 FILING-NEXT DAY-DAILY | 2166662 | NDF RUN | ANDERSON McPHARLIN & CONNERS LLP<br>444 SOUTH FLOWER STREET<br>LOS ANGELES CA 90071<br>Caller: Maureen Allen<br>Case No.: 1c091940<br>Signed: filed | LASC-VAN NUYS<br>6230 SYLMAR AVENUE<br>VAN NUYS CA 91401<br>Case Title: tuzik vs gyulbudakian<br>Ref: 5301-442 | Base Chg : 10.00 | 10.00 |
| 7/28/11 COURT SERVICE | 2166663 | CSV | ANDERSON McPHARLIN & CONNERS LLP<br>444 SOUTH FLOWER STREET<br>LOS ANGELES CA 90071<br>Caller: Colette Shepard<br>Case No.: cv11-06190<br>Signed: del | USDC-LOS ANGELES<br>312 NORTH SPRING STREET<br>LOS ANGELES CA 90012-4719<br>Comment: * NO BASE CHARGE *<br>Case Title: scofiels vs travelers<br>Ref: 2985-621 | | |
| 7/28/11 POUCH-SOUTH | 4991509 | PCH | ANDERSON McPHARLIN & CONNERS LLP<br>444 SOUTH FLOWER STREET<br>LOS ANGELES CA 90071<br>Caller: DAILY<br>Signed: DEL | ANDERSON McPHARLIN & CONNERS LLP<br>3602 INLAND EMPIRE BLVD<br>ONTARIO CA 91764<br>Comment: * NO BASE CHARGE *<br>Ref: POUCH | | |
| 7/28/11 DELIVERY-RUSH | 4991741 | RSH VEHICLE | ANDERSON McPHARLIN & CONNERS LLP<br>444 SOUTH FLOWER STREET<br>LOS ANGELES CA 90071<br>Caller: Angela Hutchens<br>Case No.: NC056230<br>Signed: jeff nelson | Rayehe Mazarei, Esq.<br>1319 S. Euclid Street<br>ANAHEIM CA 92802<br>Case Title: Diversified Mgmt. v. Deutsche Bank<br>Ref: 5507-201 | Base Chg : 55.00<br>Fuel Chge : 4.95 | 59.95 |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# U.S. Legal Management Services Inc.

**First Legal**

File 749286 Los Angeles, CA 90074--9286

TAX ID#34-2003879

ANDERSON McPHARLIN & CONNORS LLP
444 SOUTH FLOWER STREET
31ST FLOOR
LOS ANGELES, CA 90071

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 1143175 | 11853 |
| Invoice Date | Total Due |
| 7/31/11 | 11,333.13 |

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| Customer No. | Invoice No | Period Ending | Amount Due | Pg. |
|---|---|---|---|---|
| 11853 | 1143175 | 7/31/11 | 11,333.13 | 18 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/27/11 COURT SERVICE | 2166574 | CSV | ANDERSON McPHARLIN & CONNERS LLP 444 SOUTH FLOWER STREET LOS ANGELES CA 90071 Caller: Sherry Plouff Case No.: b234535 Signed: RCD | CACOA-LOS ANGELES 300 SOUTH SPRING STREET LOS ANGELES CA 90013 Comment: * NO BASE CHARGE * Case Title: g. trust v superior court Ref: 5507-197 | | |
| 7/27/11 MONTHLY RETAINER FEE | 4990061 | RET | ANDERSON McPHARLIN & CONNERS LLP 624 SOUTH GRAND AVENUE LOS ANGELES CA 90014 Caller: TRAVIS PARKER Signed: m | DAILY COURT SERVICE MONTHLY RETAINER Ref: FIRM | Base Chg : 100.00 | 100.00 |
| 7/27/11 DAILY POUCH | 4990063 | PCH | ANDERSON McPHARLIN & CONNERS LLP 624 SOUTH GRAND AVENUE LOS ANGELES CA 90017 Caller: TRAVIS PARKER Signed: m | MONTHLY RETAINER FEE INTEROFFICE POUCHES RIVERSIDE CA 92501 Ref: OFFICE | Base Chg : 200.00 | 200.00 |
| 7/27/11 POUCH-SOUTH | 4990166 | PCH | ANDERSON McPHARLIN & CONNERS LLP 444 SOUTH FLOWER STREET LOS ANGELES CA 90071 Caller: DAILY Signed: del | ANDERSON McPHARLIN & CONNERS LLP 3602 INLAND EMPIRE BLVD ONTARIO CA 91764 Comment: * NO BASE CHARGE * Ref: POUCH | | |
| 7/27/11 FILING-SPECIAL BICYCLE | 4990319 | SPF SPF | ANDERSON McPHARLIN & CONNERS LLP 444 SOUTH FLOWER STREET LOS ANGELES CA 90071 Caller: Colette Shepard Case No.: none Signed: DIANE G | USDC-LOS ANGELES 312 NORTH SPRING STREET LOS ANGELES CA 90012-4719 Case Title: scoldfield vs travelers Ref: 2985-621 | Base Chg : 35.25 Return : 17.62 Adv/Wit Ck: 350.00 | 402.87 |
| 7/27/11 DELIVERY-RUSH BICYCLE | 4990326 | RSH | ANDERSON McPHARLIN & CONNERS LLP 444 SOUTH FLOWER STREET LOS ANGELES CA 90071 Caller: Tom Cochran Case No.: bc433709 Signed: DELIVERED | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Case Title: s. v r. Ref: 5507-159 | Base Chg : 14.25 | 14.25 |
| 7/27/11 COURT SERVICE | 4990528 | CSV | ANDERSON McPHARLIN & CONNERS LLP 444 SOUTH FLOWER STREET LOS ANGELES CA 90071 Caller: Lorraine Andujo Case No.: BC455851 Signed: filed/ror | LASC-LOS ANGELES 111 NORTH HILL STREET LOS ANGELES CA 90012 Comment: * NO BASE CHARGE * Case Title: McClendon, et al. v Kinecta FCU Ref: 4526-109 | | |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

**Alexandra Fleder**

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Wednesday, July 27, 2011 2:15 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:11-cv-06190-R -MAN L.M. Scofield Company Incorporated v. Travelers Casualty and Surety Company of America et al Notice of Removal |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 7/27/2011 at 2:15 PM PDT and filed on 7/27/2011

**Docket Text:**
NOTICE OF REMOVAL from Superior Court State of CA County of Los Angeles, case number BC462136 with copy of summons and complaint. Case assigned to Judge Manuel L. Real, Discovery to Magistrate Judge Margaret A Nagle. (Filing fee $ 350 PAID), filed by Defendants The Travelers Companies Inc, Travelers Casualty and Surety Company of America.(car)

**2:11-cv-06190-R -MAN Notice has been electronically mailed to:**

David T DiBiase    dtd@amclaw.com, bjb@amclaw.com

Mark J Krone    mk@amclaw.com, crs@amclaw.com

**2:11-cv-06190-R -MAN Notice has been delivered by First Class U. S. Mail or by fax to: :**

Peter J Godfrey
Gilbert Kelly Crowley and Jennett
1055 West Seventh Street Suite 2000
Los Angeles, CA 90017-2577

3/21/2012